# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE SANTIAGO,**
Appellant,

v.

**SOLANGE AVALLONE,**
Appellee.

No. 4D17-3653

[May 31, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502017DR010485.

Carla P. Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***